Floyd W. Bybee, #012651
**BYBEE LAW CENTER, PLC**
2473 S. Higley Road
Suite 104-308
Gilbert, AZ 85295-3023
Office: (480) 756-8822
Fax: (480) 302-4186
floyd@bybeelaw.com

Attorney for Plaintiff

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| **Terry A. Van't Hul;** | No. CV10-0140-PHX-NVW |
| Plaintiff, | |
| v. | **STIPULATION OF DISMISSAL WITH PREJUDICE** |
| **NCO Financial Systems, Inc.;** **NCO Portfolio Management, Inc.;** **NCO Portfolio Funding;** and **NCO Financial Services;** | |
| Defendants. | |

Plaintiff and Defendants, by and through counsel, hereby stipulate to the dismissal of this action with prejudice, each party to bear its own fees and costs.

/ / /

/ / /

1

2        DATED   March 22, 2010   .

3

4  s/ Floyd W. Bybee                     s/ Randy L.  Kingery
   Floyd W. Bybee, #012651             James L. Blair, #016125
5  **BYBEE LAW CENTER, PLC**           Randy L. Kingery, #022913
   2473 S.  Higley Road                **RENAUD COOK DRURY**
6  Suite 104-308                         **MESAROS, PA**
   Gilbert, AZ 85295-3023              One North Central, Suite 900
7  Office: (480) 756-8822              Phoenix, Arizona 85004-4417
   Fax: (480) 302-4186                 (602) 307-9900 Telephone
8  floyd@bybeelaw.com                  (602) 307-5853 Facsimile
                                       jblair@rcdmlaw.com
9  Attorney for Plaintiff              rkingery@rcdmlaw.com
                                       Attorneys for Defendants NCO Financial
10                                       Systems, Inc.; NCO Portfolio
                                         Management, Inc.; NCO Portfolio
11                                       Funding; and NCO Financial Services

12

13

14

15

16

17

18

19

20

21

22

23

24

25

- 2 -